1  **ROBERT L. FORKNER (CSB# 166097)**
   **Law Offices of Robert L. Forkner**
2  **722 Thirteenth Street**
   **Modesto, California 95354**
3  **Telephone: (209) 544-0200**
   **Fax:         (209) 544-1860**
4

5  **Attorney for Defendant**
   **JAMES ALVA KIRKPATRICK**
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   )   CASE NO. 1:11-CR-0060 LJO-1
                                 )
12 |     Plaintiffs,              )   ORDER AND DEFENDANT'S
                                 )   NOTICE OF WAIVER OF PERSONAL
13 | vs.                          )   APPEARANCE
                                 )
14 |                              )
                                 )
15 | JAMES ALVA KIRKPATRICK,      )
                                 )
16 |     Defendants.              )
   |_____ )

17

18      Defendant, JAMES ALVA KIRKPATRICK, waives his right to be present in

19 open court, upon the hearing of any motion or other proceeding in this cause, including but

20 not limited to, when the case is ordered set for trial, when a continuance is ordered, and

21 when any other action is taken by the Court before or after trial, except upon arraignment,

22 plea, impanelment of jury and imposition of sentence.

23      Defendant hereby requests the Court to proceed during every absence of his which

24 the Court may permit pursuant to this waiver; agrees that his interests will be deemed

25 represented at all times by the presence of his attorney, ROBERT L. FORKNER, the same

26 as if the Defendant was personally present; and further agrees to be present in person in

27 Court ready for trial any day and hour the court may fix in his absence.

28

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

Dated: March 29, 2011                         /s/James Alva Kirkpatrick
                                              **JAMES ALVA KIRKPATRICK**
                                              **DEFENDANT**

Dated: March 29, 2011                         /s/ ROBERT L. FORKNER
                                              **ROBERT L. FORKNER,**
                                              **Attorney for Defendant**

## ORDER

**THE REQUEST IS GRANTED, AS LONG AS DEFENDANT AGREES TO ACCEPT A COURT ORDER FOR HIS PRESENCE AS IT RELAYED TO HIM BY HIS COUNSEL.**
IT IS SO ORDERED.

Dated:   March 29, 2011                       /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2