```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
JAMES KIRKPATRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES KIRKPATRICK,<br><br>    Defendants. | ) No. 1:11-CR-00060-LJO<br>)<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS CONFERENCE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      Defendant, JAMES KIRKPATRICK , through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MICHELE L. THIELHORN, Assistant United States Attorney, hereby stipulate and request the following:

    1.  The Status conference presently set for May 20, 2011 be continued to June 24, 2011 at 8:30 a.m.

    2. The parties are close to a resolution of the case. The

only issue remaining is the amount of the restitution. Defense counsel has received discovery which needs to be forwarded to the Government.

    3. Further, counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

    IT IS SO STIPULATED.

Dated:  May 19, 2011                  /s/ Robert L. Forkner
                                       ROBERT L. FORKNER
                                       Attorney for Defendant
                                       JAMES KIRKPATRICK

Dated:  MAY 19, 2011                  BENJAMIN B. WAGNER
                                       United States Attorney

                                 by: /s/ MICHELE L. THIELHORN
                                     Assistant United States
                                     Attorney

```
ROBERT L. FORKNER (CSB# 106697)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:     (209)544-0200
Fax:           (209)544-1860

Attorney for Defendant
JAMES A. KIRKPATRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:11CR-00060-LJO |
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| JAMES A. KIRKPATRICK, | ) |
| Defendants. | ) |

    GOOD CAUSE APPEARING, it is hereby ordered that the May 20, 2011 Status Conference be continued to June 24, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) from the date of this order to June 24, 2011.

IT IS SO ORDERED.

    Dated:  **May 19, 2011**                    **/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE