ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:      (209)544-1860

Attorney for Defendant
JAMES KIRKPATRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:11-CR-00060-LJO |
| Plaintiff, | ) ) ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE SURRENDER DATE ) |
| JAMES KIRKPATRICK, | ) ) |
| Defendants. | ) ) ) ) ) |

      Defendant, JAMES KIRKPATRICK, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MICHELE L. THIELHORN, Assistant United States Attorney, hereby stipulate and request the following:

    1.  That the Defendant's surrender date presently set for March 7, 2012 be continued for 60 days out.

    2. The Bureau of Prisons has advised that they are currently unable to place Mr. Kirkpatrick due to his medical condition.

1

       IT IS SO STIPULATED.


Dated:  March 7, 2012                /s/ Robert L. Forkner
                                     ROBERT L. FORKNER
                                     Attorney for Defendant
                                     JAMES KIRKPATRICK

Dated:  March 7, 2012                BENJAMIN B. WAGNER
                                     United States Attorney


                                by: /s/ MICHELE L. THIELHORN
                                     Assistant United States
                                     Attorney



     GOOD CAUSE APPEARING, it is hereby ordered that the March 7, 2012 Surrender Date be continued to May 7, 2012.



IT IS SO ORDERED.

   Dated:  **March 8, 2012**              **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

2